UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                    Case No. 2:01-cr-33

ADAM ELWIN TUIMALA,             HON. ROBERT HOLMES BELL

      Defendant(s).

_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on February 9, 2006, for an initial appearance on a warrant of arrest and petition alleging violations of his terms of supervised release.  Defendant waived his right to a preliminary hearing and asked that a revocation hearing be scheduled before the district judge.  A hearing will be scheduled before the Hon. Robert Holmes Bell, Chief Judge, for February 24, 2006, at 2:00 p.m.   Based on the allegations contained in the petition for offender under supervision, IT IS HEREBY ORDERED that the defendant shall be detained pending his revocation hearing.

      IT IS SO ORDERED.

                    /s/ Timothy P. Greeley_____
                    TIMOTHY P. GREELEY
                    UNITED STATES MAGISTRATE JUDGE

Dated: February 10, 2006